JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK RUIZ,<br><br>        Petitioner,<br><br>        v.<br><br>W.L. MONTGOMERY, Warden,<br><br>        Respondent. | Case No. 2:21-cv-06053-GW (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: June 21, 2022

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE